### NEW LONDON COUNTY, SEPTEMBER TERM, A. D. 1790.

#### GRISWOLD v. JUDD.

Public securities delivered upon a forged order, no bar to an action by the right owner, for the same securities.

ACTION of trover for $1,600 in final settlement notes. Plea not guilty to the jury.

The defendant was agent for the deranged officers to receive their pay in Philadelphia of whom the plaintiff was one. The defendant received these securities for the plaintiff, sent to him to come and receive them, but for some reason he refused and neglected to send for them. Some time in the year 1785 a well-dressed man by the name of Brimly, presented the defendant an order from the plaintiff for the securities, and paid the defendant for his trouble and expense — upon which the defendant delivered to him the plaintiff's securities and took his receipt. It turns out that the order was forged and Brimly unknown, as to who he is, or where he is gone.

Verdict for the plaintiff and £56 damages, the value of the securities at the time they were converted.